ACCEPTED
11-18-00020-CV
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
5/30/2018 6:15 PM
SHERRY WILLIAMSON
CLERK

Cause 11-18-0020-CV

In the

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
05/10/2018 6:15:13 PM
SHERRY WILLIAMSON
Clerk

# Eleventh District Court of Appeals

Eastland, Texas

Oscar Padilla,

*Appellant,*

v.

Grimes & Associates Consulting Engineers, L.P.,

*Appellee.*

*Appeal from Cause CV49532*
*In the 441st District Court, Midland, Texas*
*The Honorable Rodney Satterwhite, Presiding Judge*

## Motion for an Extension of the Time Allowed to File the Brief of the Appellee

Under the authority of TEX. R. APP. P. 38.6, the appellee, Grimes & Associates Consulting Engineers, L.P. ("Grimes & Assocs."), asks the Court for an extension of the time allowed to file its brief. Grimes & Assocs. show the following in support of its request:

1. The brief for the appellee is due on 30 May 2018.

2. Grimes & Assocs. requests an extension up to and including 30 July 2018, which is the first-business day that is sixty days after the current due date.

3. This is Grimes & Assocs.'s first request for an extension of the time allowed to file its brief.

4. The undersigned counsel has not been able to complete a brief in this cause because the work necessary to prepare the responsive (and yet to be filed) brief, which the Texas Supreme Court requested in Cause 17-1050 before the appellant filed its brief in this cause, precluded him from performing the work necessary to file a brief for the appellee in this matter.

5. Accordingly, Grimes & Assocs. requests that the time allowed to file the brief for the appellee be enlarged until 30 July 2018.

Premises considered, Grimes & Assocs. asks the Court to render an order granting (1) its first motion for an extension of the time allowed to file its appellate brief, and (2) all other relief deemed appropriate under law or equity.

Respectfully submitted,

CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
9816 Slide Rd., Suite 201
Lubbock, Texas 79424
Telephone: (806) 744-3232
Facsimile: (806) 744-2211

By: /s/ Gary Bellair
　　Gary Bellair　　　　　SBN 02104000

## CERTIFICATE OF CONFERENCE AND OF SERVICE

On 30 May 2018, the undersigned (1) discussed this request for an extension with the attorney for the appellant and determined there is no opposition to this request; and (2) served this document, by and through the electronic filing manager, on the following attorney of record, whose email address is on file with said manager:

ALLEN R. STRODER
Attorney at Law
6010 Hwy. 191, Ste. 230
Odessa, Texas 79762
Telephone:  (432) 550-0473
Facsimile:  (432) 368-4287
Email:        allenstroder@cableone.net

/s/ Gary Bellair
*Of the Firm*